IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02096-REB-MEH

EDUARDO A. JOHNSON,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF'S DEPARTMENT,
OFFICER MARK ORTLER,
OFFICER MATT WALKER,
OFFICER ROB HOFFMAN,
OFFICER JON SCHOTT, and
OFFICER DENNIS ERICKSON,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 26, 2007.**

    Defendants' Unopposed Motion to Amend Answer [filed December 21, 2007; doc #8] is **granted**. The Clerk of the Court is directed to file Defendants' Amended Answer found at document #8-2.