IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02096-REB-KMT

EDUARDO A. JOHNSON,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF'S DEPARTMENT,
OFFICER MARK ORTLER,
OFFICER MATT WALKER,
OFFICER ROB HOFFMAN,
OFFICER JON SCHOTT, and
OFFICER DENNIS ERICKSON,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


The court finds "Defendants' Motion to Vacate and Continue Settlement Conference" (#28, filed March 4, 2008) should be GRANTED for good cause shown. The Settlement Conference set for March 21, 2008 is VACATED. The Settlement Conference is reset for **April 23, 2008 at 1:30 p.m.** If this date is unavailable to the parties, counsel is directed to initiate a conference call **including all parties** to chambers at (303) 335-2780 before March 13, 2008 to set a new date for the Settlement Conference.


Dated: March 6, 2008