**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02096-REB-KMT

EDUARDO A. JOHNSON (PRO SE),

     Plaintiffs,

v.

ARAPAHOE COUNTY SHERIFF'S DEPT.,
OFFICER MARK ORTLER,
OFFICER MATT WALKER,
OFFICER ROB HOFFMAN,
OFFICER JON SCHOTT, and
OFFICER DENNIS ERICKSON,

     Defendants.

## MINUTE ORDER

     The matter comes before the court on plaintiff's **Motion For Status on Civil Case** [#97] filed August 13, 2009. The motion is **GRANTED**. The motions for reconsideration will be resolved by the court as soon as practicable.

     **IT IS FURTHER ORDERED** that on Tuesday, **September 1, 2009**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the trial preparation conference and jury trial in this matter. Counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

     Dated: August 17, 2009