**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:             February 22, 2010

Deputy Clerk:     Nel Steffens
Court Reporter:   Suzanne Claar

**Civil Action No.    07-cv-02096-REB-KMT**

*Parties:*                                  *Counsel:*

EDUARDO A. JOHNSON,                         *Pro Se*

    Plaintiff,

v.

MARK ORTLER, Officer,                       Lana Rupprecht
                                            Breena Meng
    Defendant.

**COURTROOM MINUTES**

**Jury Trial - Day One**

**8:54 a.m.    Court in session**

Appearances of counsel. Plaintiff is present.

Jury panel is not present.

Opening statements by the court.

The court addresses the plaintiff's **Motion To Permit a Telephone/Video Teleconferrence of Wittness** [sic] [#107] filed February 5, 2010. Court's findings and conclusions.

    **IT IS ORDERED** as follows:

    1. That the plaintiff's **Motion To Permit a Telephone/Video Teleconferrence of**

**Wittness** [sic] [#107] filed February 5, 2010, is **DENIED.**

Court's sequestration order is in effect.

**9:01 a.m.      Court in recess.**

**9:13 a.m.      Court in session.**

Jury panel present; 15 jurors seated in the jury box prior to Court calling case.

9:15 a.m.    Civil voir dire oath administered to jury panel.  Voir dire by court commences.

9:17 a.m.    Plaintiff introduces himself and his wife who is also seated at plaintiff's table.

9:18 a.m.    Ms. Rupprecht introduces defendant and defendant's counsel.

Voir dire by court continues.

**10:31 a.m.     Court in recess.**

**10:44 a.m.     Court in session.**

Jury panel is present.

10:45 a.m.    Voir dire by Plaintiff.

10:48 a.m.    Voir dire by Ms. Rupprecht.

11:09 a.m.    Continued voir dire by the court.

Peremptory Challenges by Plaintiff:
1.      100190200
2.      100161587
3.      100197804

Peremptory Challenges by Defendant:
1.      100163574
2.      100194056
3.      100165603

11:20 a.m.    Civil jury oath administered.

<u>Nine Jurors Sworn to Try the Case:</u>
1. 100189071
2. 100170587
3. 100177345
4. 100176458
5. 100191586
6. 100165777
7. 100184730
8. 100172701
9. 100172744

11:25 a.m.     Court in recess.

11:35 a.m.     Court in session.

Court gives initial instructions to jury.

**12:00 p.m.     Court in recess.**

**1:18 p.m.     Court in session.**

Jury is not present.

1:20 p.m.     Jury is present.

*Exhibits Admitted: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15*

1:20 p.m.     Opening statement by Plaintiff.

1:23 p.m.     Opening statement by Ms. Rupprecht.

1:31 p.m.     Plaintiff's witness, Tammy Twombly, called and sworn.

Direct examination by Plaintiff.

1:59 p.m.     Cross examination by Ms. Rupprecht.

2:03 p.m.     Re-direct examination by Plaintiff.

2:04 p.m.     Witness is excused and released from subpoena, if any.

2:05 p.m.     Plaintiff calls Defendant who is sworn.

Direct examination by Plaintiff.

2:24 p.m.     Cross examination by Ms. Rupprecht.

2:37 p.m.       Defendant is excused from the witness stand.

2:38 p.m.       Plaintiff's witness, Ronald Luton, called and sworn.

Direct examination by Plaintiff.

3:05 p.m.       Cross examination by Ms. Rupprecht.

**3:16 p.m.     Court in recess.**

**3:36 p.m.     Court in session.**

Witness Luton resumes witness stand.

Re-direct examination by Plaintiff.

3:40 p.m.       Witness is excused and released from subpoena.

3:42 p.m.       Plaintiff's witness, Gaela Oster, called and sworn.

Direct examination by Plaintiff.

4:04 p.m.       Cross examination by Ms. Rupprecht.

4:16 p.m.       Re-direct examination by Plaintiff.

4:17 p.m.       Witness is excused and released from subpoena.

4:18 p.m.       Plaintiff's witness, Ray Torrez, called and sworn.

Direct examination by Plaintiff.

4:42 p.m.       Cross examination by Ms. Rupprecht.

4:51 p.m.       Re-direct examination by Plaintiff.

4:53 p.m.       Witness is excused and released from subpoena.

4:54 p.m.       Court advises jury regarding admonitions of trial.  Trial will resume at 8:30 a.m. tomorrow.

**4:56 p.m.     Court in recess.**

Total time in court:   05:49

Trial continued.